**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2020
AUGUST 25, 2020 SESSION



FILED
AUG 25 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.         CRIMINAL NO. 2:20-cr-00153
           21 U.S.C. § 841(a)(1)

GREGORY EUGENE WOODS

**I N D I C T M E N T**
(Possession with Intent to Distribute a Quantity of Cocaine)

The Grand Jury Charges:

On or about April 21, 2020, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant GREGORY EUGENE WOODS knowingly and intentionally possessed with intent to distribute a quantity of cocaine, a Scheduled II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## NOTICE OF FORFEITURE

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of giving notice of forfeiture pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c).

2. Notice is hereby given of 21 U.S.C. § 853 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with 21 U.S.C. § 853 and 2461(c):

   a. all property which constitutes or is derived from proceeds of the violations set forth in this bill of information;

   b. all property involved in such violations or traceable to property involved in such violations; and

   c. if, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant's to the extent of the value of the property described in (a) and (b).

The following property is subject to forfeiture on one or more of the grounds stated above: a 2011 Chevrolet Avalanche, VIN: 3GNTKEE35BG142809.

MICHAEL B. STUART<br>
United States Attorney

By: _____
JOSHUA C. HANKS
Assistant United States Attorney